UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| ST. MARGARET'S HEALTH – PERU AND ST. MARGARET'S HEALTH - SPRING VALLEY, | ) | CASE NO. 23-11641 (JOINTLY ADMINISTERED) |
| | ) | |
| DEBTORS. | ) | HON. DAVID D. CLEARY |

**NOTICE OF APPOINTMENT OF**
**OFFICIAL UNSECURED CREDITORS' COMMITTEE**

The following parties, selected from unsecured creditors who are willing to serve, are hereby appointed as the Official Unsecured Creditors' Committee in this case:

| | CREDITOR | REPRESENTATIVE |
|---|---|---|
| 1. | Alcon Laboratories, n/k/a Alcon Vision<br>Attn: Shellie Vigil, Sr. Credit Analyst<br>6201 S. Freeway<br>Fort Worth, TX 76134 | Shellie Vigil |
| 2. | Onestaff Medical, Limited Liability Company<br>10802 Farnam Drive<br>Omaha, NE 68154 | Travis Marr |
| 3. | Liquid Agents, LLC<br>5810 Tennyson Pkwy., Suite 300<br>Plano, TX 75024 | Jo Anna Sanders |
| 4. | Illinois Valley YMCA, Inc.<br>300 Walnut Street<br>Peru, IL 61354 | Chris Weittenhiller |
| 5. | Burwood Group<br>c/o Mark Theoharous<br>1515 W. 22nd Street, Suite 200W<br>Oak Brook, IL 60523 | Mark Theoharous |
| 6. | Anesthesia Associates, Ltd.<br>23 S. Lincolnway Street<br>North Aurora, IL 60542 | *Michael D. Coulson, D.O. |
| 7. | Jackson and Coker Locum Tenens, LLC<br>2655 Northwinds Parkway<br>Alpharetta, GA 30009 | LaKeisha Sisco-Beck |

* Interim Creditors' Committee Chairperson

RESPECTFULLY SUBMITTED

PATRICK S. LAYNG
UNITED STATES TRUSTEE

DATE: September 13, 2023

By: */s/ Roman Sukley*
Roman Sukley, Attorney
OFFICE OF THE U.S. TRUSTEE
219 S. Dearborn, Room 873
Chicago, Illinois 60604
(202) 384-7322

## CERTIFICATE OF SERVICE

I, Roman L. Sukley, an attorney, certify that I served a copy of this **NOTICE OF APPOINTMENT OF OFFICIAL UNSECURED CREDITORS' COMMITTEE** on each entity shown on the service list at the address shown and by the method indicated on September 13, 2023.

BY: */s/ Roman Sukley*
Roman Sukley, Trial Attorney
OFFICE OF THE U.S. TRUSTEE
219 South Dearborn, Room 873
Chicago, IL 60604
(202) 384-7322

## SERVICE LIST

### Registrants Served Through the Court's Electronic Notice For Registrants

| | |
|---|---|
| Howard L. Adelman: | hla@ag-ltd.com, dbaird@ag-ltd.com |
| John Andreasen: | john.andreasen@bfkn.com |
| Alexander F. Berk: | alexander.berk@bfkn.com, aweir@ag-ltd.com |
| Tevin D. Bowens: | tbowens@ag-ltd.com |
| Erich S. Buck: | ebuck@ag-ltd.com, srodela@ag-ltd.com |
| Steven B. Chaiken: | schaiken@ag-ltd.com, srodela@ag-ltd.com |
| Charles David Goerisch: | dgoerisch@lewisrice.com |
| Patrick S. Layng: | USTPRegion11.ES.ECF@usdoj.gov |
| Henry B. Merens: | hbm@ag-ltd.com, nrakunas@ag-ltd.com |
| Stanley F. Orszula: | stan.orszula@bfkn.com, james.tucker@bfkn.com |
| Peter J. Roberts: | proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com; cknez@cozen.com |
| Nathan Q. Rugg: | nathan.rugg@bfkn.com, james.tucker@bfkn.com |