**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ST. MARGARET'S HEALTH – PERU and ST. MARGARET'S HEALTH – SPRING VALLEY, | ) | Case No.23-11641 (Jointly Administered) |
| | ) | Honorable David Cleary |
| Debtors. | ) | |
| | ) | **Hearing Date: March 27, 2024** |
| | ) | **Hearing Time: 10:00 a.m.** |

# NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on Wednesday the 27th day of March, 2024 at 10:00 a.m., I will appear before the Honorable Judge David D. Cleary, or any judge sitting in that judge's place, **either** in courtroom 644 in the Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, Illinois, **or** electronically as described below, and present the **MOTION OF THE DEBTORS FOR LEAVE TO FILE EQUIPMENT AUCTION MOTION IN EXCESS OF FIFTEEN PAGES**, a copy of which is attached.

**Important: Only parties and their counsel may appear for presentment of the motion electronically using Zoom for Government. All others must appear in person.**

**To appear by Zoom using the internet**, go to this link: https://www.zoomgov.com/. Then enter the meeting ID and passcode.

**To appear by Zoom using a telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and passcode.

**Meeting ID and passcode.** The meeting ID for this hearing is **161 122 6457**, and the passcode is **Cleary644**.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

Respectfully Submitted:

ST. MARGARET'S HEALTH-PERU and
ST. MARGARET'S HEATH-SPRING VALLEY

By: /s/ Steven B. Chaiken
One of their attorneys

HOWARD L ADELMAN, ESQ. (ARDC #0015458)
HENRY B. MERENS, ESQ. (ARDC #6181695)
ERICH S. BUCK, ESQ. (ARDC #6274635)
STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
TEVIN D. BOWENS, ESQ. (ARDC #6338559)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtors**

## CERTIFICATE OF SERVICE

I certify that true copies of this notice and the attached motion referred to therein were served upon the parties listed and as indicated on the below Service List this 20th day of March, 2024.

By: /s/ Steven B. Chaiken
Steven B. Chaiken, Esq.

## SERVICE LIST

***Via ECF***

- **Jonathan E Aberman** jon.aberman@lockelord.com, karen.soto@lockelord.com; autodocket@lockelord.com
- **John Andreasen** john.andreasen@bfkn.com
- **Joseph Allen Archambeau** JArchambeau@ClarkHill.com
- **Kenneth W Bach** kennethb@johnsonblumberg.com, bkecfnotices@johnsonblumberg.com
- **Alexander F Berk** alexander.berk@bfkn.com, james.tucker@bfkn.com
- **William Robert Cassian** wcassian@cassiancarterlaw.com
- **David DeCelles** david.decelles@usdoj.gov
- **Devon J Eggert** deggert@bcblaw.net, pfoster@bcblaw.net
- **Edmond J Ford** eford@fordlaw.com
- **Jeffrey Garfinkle** jgarfinkle@buchalter.com, lverstegen@buchalter.com;docket@buchalter.com
- **Aaron Gavant** agavant@btlaw.com
- **Charles David Goerisch** dgoerisch@lewisrice.com, david-goerisch-3234@ecf.pacerpro.com
- **Robert Jeffrey Haupt** robert.haupt@lathropgpm.com, ellen.mchone@lathropgpm.com
- **Heidi M Hockberger** hhockberger@lplegal.com, nbailey@lplegal.com, myoung@lplegal.com
- **Patrick S Layng** USTPRegion11.ES.ECF@usdoj.gov
- **Douglas R Lindstrom** dlindstrom@l-wlaw.com, hyouell@l-wlaw.com
- **John A Lipinsky** lipinsky@cemlawyer.com, Haskell@ccmlawyer.com, hoekstra@cccmlawyer.com
- **Bryan E. Minier** bryan.minier@lathropgpm.com,
- **Austin L. Nichols** anichols@blackblackbrown.com
- **Stanley F. Orszula** stan.orszula@bfkn.com, james.tucker@bfkn.com
- **John Reding** john.reding@ilag.gov
- **Peter J Roberts** proberts@cozen.com, peter-roberts-1301@ecf.pacerpro.com; cknez@cozen.com
- **Nathan Q. Rugg** nathan.rugg@bfkn.com, james.tucker@bfkn.com
- **Michael M Schmahl** mschmahl@mps-law.com, mmsfiling@gmail.com

- **Mark Adam Silverman** mark.silverman@lockelord.com, kkwell@lockelord.com; chicagodocket@lockelord.com
- **Elizabeth B Vandesteeg** evandesteeg@lplegal.com, nbailey@lplegal.com; ikropiewnicka@lplegal.com; druiz@lplegal.com; kpatton@lplegal.com
- **Vaughn A. White** vaughn@vaughnwhite.com; paralegal@vaughnwhite.com; VWLAWLLC@jubileebk.net

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| ST. MARGARET'S HEALTH – PERU and ST. MARGARET'S HEALTH – SPRING VALLEY, | ) | Case No.23-11641 (Jointly Administered) |
| | ) | Honorable David D. Cleary |
| Debtors. | ) | |
| | ) | **Hearing Date: March 27, 2024** **Hearing Time: 10:00 a.m.** |

**MOTION OF THE DEBTORS FOR LEAVE TO FILE**
**EQUIPMENT AUCTION MOTION IN EXCESS OF FIFTEEN PAGES**

NOW COME St. Margaret's Health-Peru ("**SMH-P**") and St. Margaret's Health-Spring Valley ("**SMH-SV**"), both Illinois not for profit corporations, debtors and debtors in possession (collectively, the "**Debtors**"), in the above-captioned chapter 11 cases (the "**Chapter 11 Cases**"), by and through their undersigned proposed counsel and, pursuant to Rule 5005-3(D) of the Local Rules of the United States Bankruptcy Court for the Northern District of Illinois (the "**Local Rules**"), hereby present their motion for leave to file the Equipment Auction Motion (as defined below) in excess of 15 pages (the "**Motion**"). In support of the Motion, the Debtors respectfully state as follows:

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction over the Motion pursuant to 28 U.S.C. § 1334(a). Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).

2. The Motion is predicated upon Local Rule 5005-3(D).

## II. BACKGROUND

3. On August 31, 2023 (the "**Petition Date**"), the Debtors filed voluntary petitions for relief under chapter 11 of the United States Bankruptcy Code. The Chapter 11 Cases are being jointly administered pursuant to order of Court entered on September 6, 2023.

4. Since the Petition Date, the Debtors have remained in possession of their assets and have continued to manage their affairs as debtors-in-possession in accordance with sections 1107(a) and 1108 of the Bankruptcy Code.

5. A trustee has not been appointed in the Chapter 11 Cases.

6. On September 13, 2023, the Office of the United States Trustee for Region 11 (the "**UST**") filed a *Notice of Appointment of Official Unsecured Creditors Committee,* thereby appointing an official committee of unsecured creditors (the "**Committee**"). *See* ECF No. 42.

7. Substantially contemporaneously with the filing of this Motion, the Debtors intend to file that certain *Motion of the Debtors for Authority to Employ Centurion Service Group, LLC as Auctioneer and to Hold an Auction to Sell Personal Property Free and Clear of Liens, Claims and Encumbrances and Shortening and Limiting Notice Thereof* (the "**Equipment Auction Motion**") which generally seeks authorization for the sale of all or substantially all of the Debtors' remaining equipment and personal property (collectively, the "**Sale Assets**").

8. The Equipment Auction Motion is approximately eighteen (18) pages in length, exclusive of exhibits.

## III. RELIEF REQUESTED

9. By this Motion, the Debtors seek approval of the filing of the Equipment Auction Motion, notwithstanding the fact that it exceeds 15 pages.

10. Local Rule 5005-3(D) provides, "No motion, response to a motion, brief, or memorandum in excess of fifteen pages may be filed without prior approval of the court."

11. The Equipment Auction Motion details the background and status of the Chapter 11 Cases, the background and justification for the selection of the proposed auctioneer, the proposed compensation of the auctioneer, and the notice procedures by which the Debtors propose to sell the Sale Assets. The Debtors require more than 15 pages to set forth this information with sufficient detail. By facilitating a more in-depth discussion of these subjects, an extension of the page limits would allow the Court and interested parties to better understand the relief sought.

## IV. NOTICE

12. Notice of this Motion has been served, on seven (7) days' notice, by CM/ECF, upon: (a) the UST; (b) counsel to the Committee; and (c) all other parties who have appeared, or otherwise requested notice, via the Court's CM/ECF system in the Chapter 11 Cases. In light of the nature of the relief requested, the Debtors request that no other or further notice be required.

WHEREFORE, St. Margaret's Health-Peru and St. Margaret's Health-Spring Valley, debtors herein, respectfully request that the Court an order in the proposed form filed herewith, authorizing the filing of the Equipment Auction Motion notwithstanding the generally applicable 15-page limit under Local Rule 5005-3, and granting such other relief as is just.

Respectfully Submitted,

ST. MARGARET'S HEALTH-PERU and
ST. MARGARET'S HEALTH-SPRING
VALLEY

By: /s/ Steven B. Chaiken
One of their attorneys

HENRY B. MERENS, ESQ. (ARDC #6181695)
ERICH S. BUCK, ESQ. (ARDC #6274635)
STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
**Counsel for the Debtors**