UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | |
|---|---|
| In Re:<br><br>ST. MARGARET'S HEALTH – PERU and ST. MARGARET'S HEALTH – SPRING VALLEY,<br><br>Debtor(s) | BK No.: 23-11641<br>(Jointly Administered)<br>Chapter: 11<br>Honorable David D. Cleary |

## ORDER APPROVING SETTLEMENT AND LIMITED AND SHORTENED NOTICE

This matter came before the Court on the motion (the "Motion") of St. Margaret's Health – Peru ("SMH-P") and St. Margaret's Health – Spring Valley ("SMH-SV"), debtors and debtors in possession (collectively, the "Debtors") in the above-captioned jointly administered chapter 11 cases, for entry of an order authorizing the Debtors to enter into a settlement with OSF Healthcare Systems, Mendota Community Hospital, and Ottawa Regional Hospital and Healthcare System (collectively, "OSF"), pursuant to the terms of that certain Settlement Agreement appended to the Motion as Exhibit A (the "Settlement Agreement," which is incorporated herein by express reference), and authorizing limited and shortened notice in connection therewith; the Court having heard and considered the statements of counsel present and otherwise being fully advised in the premises; notice of the Motion being reasonable and appropriate under the circumstances; there having been no objections filed or presented in open court to the relief requested in the Motion; and it appearing that the relief requested in the Motion is in the best interests of the Debtors' estates and their creditors; and good and sufficient cause having been shown;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. The Motion is granted as provided herein.

2. The Settlement Agreement and its terms are approved in all respects and the Debtors are authorized to take any and all steps necessary to effectuate the Settlement Agreement.

3. The notice of the Motion provided by the Debtors is hereby deemed adequate and sufficient notice under the circumstances and no other or further notice is required.

4. This Order shall be effective and enforceable immediately upon entry.

5. The Court retains jurisdiction with respect to any matters related to or arising from the implementation of this Order.

Enter: *[signature]*

Honorable David D. Cleary
United States Bankruptcy Judge

Dated: May 29, 2024

**Prepared by:**

HENRY B. MERENS, ESQ. (ARDC #6181695)
STEVEN B. CHAIKEN, ESQ. (ARDC #6272045)
ERICH S. BUCK, ESQ. (ARDC #6274635)
ADELMAN & GETTLEMAN, LTD.
53 West Jackson Blvd., Suite 1050
Chicago, Illinois 60604
Tel (312) 435-1050
Fax (312) 435-1059
Counsel for the Debtors