Form G5 (20240301_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 23-11641 |
| | ) | |
| St. Margaret's Health-Peru | ) | Chapter: 11 |
| and St. Margaret's Health - Spring Valley | ) | |
| | ) | Honorable David D. Cleary |
| | ) | |
| Debtor(s) | ) | |

**ORDER ON FINAL APPLICATION OF HINSHAW & CULBERTSON LLP**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**
**AS SPECIAL COUNSEL FOR THE DEBTORS**

This matter coming to be heard on the Final Application of Hinshaw & Culbertson LLP for Compensation and Reimbursement of Expenses as Special Counsel for the Debtors to (the "Application") filed by Hinshaw & Culbertson LLP ("Hinshaw") for the allowance of final compensation and reimbursement of actual and necessary expenses incurred in the above captioned jointly administered cases pursuant to 11 U.S.C. Section 330, Rule 2016 of the Federal Rules of Bankruptcy Procedure, and Rule 5082-1 of the Local Rules of the U.S. Bankruptcy Court for the Northern District of Illinois; the Court having found and determined that: (i) the compensation sought in the Application was reasonable and bestowed commensurate benefit upon the respective bankruptcy estates in these Chapter 11 Cases; (ii) the expenses sought to be reimbursed in the Application were actually and necessarily incurred; and (iii) the notice of the Application and the hearing thereon is adequate and sufficient and satisfies Bankruptcy Rule 2002 and related rules, such that no further notice is required; and the Court being otherwise fully advised in the premises, IT IS HEREBY ORDERED:

1. The Application is granted as provided herein.

2. Hinshaw & Culbertson LLP is hereby awarded, as allowed administrative expenses in the above captioned case, pursuant to 11 U.S.C. Section 330 and Rule 2016 of the Federal Rules of Bankruptcy Procedure, each of the following:

   (a) $335,451 in compensation and $1,185.43 in expenses actually and necessarily incurred in connection with the SMH-Peru case;

   (b) $339,079.50 in compensation and $230.26 in expenses actually and necessarily incurred in connection with the SMH-Spring Vally case; and

3. The Liquidating Trustee, on behalf of the trust established under the Joint Plan (as defined in the Application) is authorized to pay to Hinshaw, and Hinshaw is authorized to receive and apply, the amount of $203,260.03, in compensation and $229.24, in expense reimbursements without further notice.

Enter:

Dated:　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge

**Prepared by:**

Mark A. Carter (6199602)
Jack Shadid (6339658)
Hinshaw & Culbertson LLP
151 N. Franklin St., Suite 2500
Chicago, IL 60606
312-704-3775